USCA1 Opinion

 

 October 3, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-2351 MARTHA MARRERO-RIVERA, Plaintiff, Appellant, v. THE DEPARTMENT OF JUSTICE, THE COMMONWEALTH OF PUERTO RICO, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jose Antonio Fuste, U.S. District Judge] ___________________ ____________________ Before Selya, Circuit Judge, _____________ Coffin, Senior Circuit Judge, ____________________ and Stahl, Circuit Judge. _____________ ____________________ Francisco M. Dolz-Sanchez for appellant. _________________________ Carlos Lugo Fiol, Deputy Solicitor General, with whom Pedro A. _________________ _________ Delgado-Hernandez, Solicitor General, was on brief for appellee. _________________ ____________________ ____________________ Per curiam. The district court dismissed this action ___________ because of appellant's failure to comply with specific court orders and discovery deadlines. We have carefully considered the arguments raised on appeal, but find no basis for disturbing the district court's discretionary decision to dismiss the case with prejudice. See HMG Property Investors, Inc. v. Parque Industrial ___ ____________________________ _________________ Rio Canas, 847 F.2d 908, 916 (1st Cir. 1988) ("Courts cannot __________ function if litigants may, with impunity, disobey lawful orders. It has long been the rule that federal courts possess plenary authority `to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.'") Accordingly, we affirm its judgment. -2-